# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANGELA ROBINSON**, *et al.*, : | **CIVIL ACTION NO. 1:07-CV-1751** |
| Plaintiffs : | **(Judge Conner)** |
| v. : | |
| **ERIC HICKS, TINA KING, and** : | |
| **CITY OF HARRISBURG,** : | |
| Defendant : | |

## **ORDER**

AND NOW, this 21st day of April, 2008, upon consideration of plaintiffs' amended complaint (Doc. 10), and the certificate of concurrence of defendants' counsel with respect to the filing thereof (Doc. 11), and it appearing that defendants filed an answer on October 29, 2007 (Doc. 5), and the court observing that a party must seek leave of court to amend its complaint after the filing of a responsive pleading, see FED. R. CIV. P. 15(a)(2), and that plaintiffs did not do so prior to the filing of their amended complaint, it is hereby ORDERED that the amended complaint (Doc. 10) and the certificate of concurrence thereto (Doc. 11) are STRICKEN without prejudice to plaintiffs' right to move the court for leave to amend their pleading.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge