# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANGELA ROBINSON, et al.,** : | **CIVIL ACTION NO. 1:07-CV-1751** |
| Plaintiffs : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **ERIC HICKS, et al.,** : | |
| Defendants : | |

## **ORDER**

AND NOW, this 23rd day of March, 2010, upon consideration of defendants Sharen Bolognese and CPYSL's motion to file exhibits under seal (Doc. 60), it is hereby ORDERED that said motion is GRANTED. Defendants Sharen Bolognese and CPYSL shall be permitted to file their exhibits in support of summary judgment under SEAL.

                                                   S/ Christopher C. Conner
                                                   CHRISTOPHER C. CONNER
                                                   United States District Judge